

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>CREEK COUNTY</u>, OKLAHOMA

| | |
|---|---|
| LEANN CAMPBELL, ET. AL. V. SAPULPA PUBLIC SCHOOLS, ET. AL. | No. CJ-2023-00109<br>(Civil relief more than $10,000: JUDGMENT)<br><br>Filed: 04/20/2023<br><br>Judge: PARISH, LAWRENCE |

## PARTIES

SAPULPA PUBLIC SCHOOLS, Defendant
CAMPBELL, LEANN, Plaintiff
INDEPENDENT SCHOOL DIST.33, Defendant
B.C., Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| ARRAS, KURT G<br>900 REUNION CENTER<br>TULSA , OK 74103 | |
| SMOLEN, DANIEL E.<br>ATTORNEY AT LAW<br>320 SO.BOSTON AVE.STE 1125<br>TULSA , OK 74103 | |
| BUNDREN, MARY R<br>BUNDREN LAW FIRM PC<br>900 REUNION CENTER 9 EAST FOURTH ST<br>TULSA , OK 74103 | |
| ROSENSTEIN FIST & RINGOLD<br>525 SOUTH MAIN SUITE 700<br>TULSA , OK 74103-4508 | |

EXHIBIT 1

| Attorney | Represented Parties |
|---|---|
| PRIDDY, JOHN<br>525 SO. MAIN, SUITE 700<br>TULSA, , OK 74103-4500 | |
| ALBERS, LINDSEY E | |
| PRIDDY, JOHN<br>525 SO. MAIN, SUITE 700<br>TULSA, , OK 74103-4500 | |
| ARRAS, KURT<br>9 EAST 4TH ST 9TH FLOOR<br>TULSA , OK 74103 | |
| SMOLEN & ROYTMAN<br>701 SOUTH CINCINNATI AVE<br>TULSA , OK 74119 | |

# EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Thursday, November 16, 2023 at 1:30PM<br>   LP HEARING | | | |
| Thursday, July 18, 2024 at 3:00PM<br>   LP HEARING | | | |

# ISSUES

1. JUDGMENT

# DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 04-20-2023 | [ TEXT ] | | | $ 163.00 |
| | | FILE AND ENTER PETITION<br>Document Available (#CC23042000000364)  TIFF    PDF | | |
| | | (Entry with fee only) | | $ 6.00 |
| | | (Entry with fee only) | | $ 7.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | | $ 25.00 |
| | | LENGTHY TRIAL FUND | | $ 10.00 |
| | | OK COURT APPOINTED SPECIAL ADVOCATES | | $ 5.00 |

| | |
|---|---:|
| 10% OF CASA TO COURT CLERK REVOLVING FUND | $ 0.50 |
| OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| 10% OF COJC TO COURT CLERK REVOLVING FUND | $ 0.16 |
| COURTHOUSE SECURITY FEE | $ 10.00 |
| 10% OF CHSC TO COURT CLERK REVOLVING FUND | $ 1.00 |
| STATE JUDICIAL INTERPRETER TRANSLATOR | $ 0.45 |
| 15% TO DISTRICT COURT REVOLVING FUND | $ 2.48 |
| COURT CLERK PRESERVATION FUND | $ 10.00 |

| Date | Type | | Amount |
|---|---|---|---:|
| 04-20-2023 | [ TEXT ] | | $ 10.00 |
| | SUMMONS ISSUED SAPULPA PUBLIC SCHOOLS | | |
| 05-03-2023 | [ TEXT ] | | |
| | SUMMONS RETURNED JOHNNY BILBY SIGNED FOR SAPULPA | | |
| | Document Available (#CC23050500000579) TIFF PDF | | |
| | SCHOOLS ON 4-27-23 | | |
| 05-17-2023 | [ TEXT ] | | |
| | ENTRY OF APPEARANCE EMILY C KRUKOWSKI | | |
| | Document Available (#CC23051800000443) TIFF PDF | | |
| 05-17-2023 | [ TEXT ] | | |
| | ENTRY OF APPEARANCE JOHN E PRIDDY | | |
| | Document Available (#CC23051800000445) TIFF PDF | | |
| 05-17-2023 | [ TEXT ] | | |
| | ANSWER | | |
| | Document Available (#CC23051800000447) TIFF PDF | | |
| 07-07-2023 | [ TEXT ] | | |
| | MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION OF | | |
| | Document Available (#CC23070700000826) TIFF PDF | | |
| | PLAINTIFF | | |
| 07-12-2023 | [ TEXT ] | | |
| | MOTION TO WITHDRAW - EMILY C KRULOWSKI | | |
| | Document Available (#CC23071700001724) TIFF PDF | | |
| 07-26-2023 | [ TEXT ] | | |
| | ORDER GRANTING WITHDRAWAL OF ATTORNEY FOR DEFENDANT | | |
| | Document Available (#CC23072700001768) TIFF PDF | | |
| | EMILY C KRULOWSKI | | |
| 07-26-2023 | [ TEXT ] | | |
| | ORDER GRANTING LEAVE TO FILE FIRST AMENDED PETITION OF | | |
| | Document Available (#CC23072700001769) TIFF PDF | | |
| | PLAINTIFF | | |
| 08-01-2023 | [ TEXT ] | | |
| | FIRST AMENDED PETITION | | |
| | Document Available (#CC23080200000304) TIFF PDF | | |

| Date | | |
|---|---|---|
| 09-25-2023 | [ TEXT ] | |
| | REQUEST FOR SCHEDULING CONFERENCE | |
| | Document Available (#CC23092500000600) TIFF  PDF | |
| 10-10-2023 | [ TEXT ] | |
| | ORDER SETTING SCHEDULING CONFERENCE | |
| | Document Available (#CC23101000000031) TIFF  PDF | |
| 10-16-2023 | [ TEXT ] | |
| | ENTRY OF APPEARANCE - LINDSEY E ALBERS FOR DEFENDANT, | |
| | Document Available (#CC23101700000780) TIFF  PDF | |
| | INDEPENDENT SCHOOL DISTRICT NO 33 OF CREEK COUNTY | |
| 11-15-2023 | [ TEXT ] | |
| | ANSWER TO PLAINTIFF'S FIRST AMENDED PETITION | |
| | Document Available (#CC23111600001525) TIFF  PDF | |
| 11-16-2023 | [ TEXT ] | |
| | JOINT APPLICATION FOR PROTECTIVE ORDER | |
| | Document Available (#CC23111700000406) TIFF  PDF | |
| 11-16-2023 | [ TEXT ] | |
| | PROTECTIVE ORDER | |
| | Document Available (#CC23111700000414) TIFF  PDF | |
| 11-16-2023 | [ TEXT ] | |
| | SCHEDULING ORDER | |
| | Document Available (#CC23111700000420) TIFF  PDF | |
| 11-16-2023 | [ TEXT ] | |
| | CM:LP:11-16-23:AGREED SCHEDULING ORDER PRESENTED. | |
| | Document Available (#CC23111700000425) TIFF  PDF | |
| | AGREED PROTECTIVE ORDER ENTERED | |
| 01-25-2024 | [ TEXT ] | $ 10.00 |
| | SUMMONS ISSUED - JOHNNY BILBY - RETURNED TO ATTY | |
| 01-25-2024 | [ TEXT ] | |
| | SECOND AMENDED PETITION | |
| | Document Available (#CC24012500000773) TIFF  PDF | |