UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) B. C., a minor child, by and through her mother and next friend, LEANNE CAMPBELL, <br><br>Plaintiff, <br><br>v. <br><br>1) INDEPENDENT SCHOOL DISTRICT NO. 33 of Creek County, Oklahoma, (a.k.a "SAPULPA PUBLIC SCHOOLS"), 2) JOHNNY BILBY, an individual, <br><br>Defendants. | Case No. 24-cv-00059-SH |

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, Leanne Campbell ("Plaintiff"), as mother and next friend of B.C., a minor child, and Defendants, Independent School District No. 33 of Creek County, Oklahoma, a.k.a. Sapulpa Public Schools, and Johnny Bilby, (the "Parties"), hereby notify the Court that they have reached a settlement to resolve all claims made by Plaintiff against Defendants. The Parties will execute the appropriate settlement documentation memorializing the key terms of the settlement and will file a settlement report or joint stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(ii) within thirty (30) days of the filing of this Joint Notice of Settlement.

Respectfully submitted,

/s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
**SMOLEN & ROYTMAN**
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax

    danielsmolen@ssrok.com
    bobblakemore@ssrok.com
    bryonhelm@ssrok.com
    ***ATTORNEYS FOR PLAINTIFF***

/s/_John E. Priddy_ *(signed with permission)*_____
John E. Priddy, OBA No. 13604
Lindsey E. Albers, OBA No. 19394
Morgan L. Medders, OBA No. 33971
525 South Main, Suite 700
Tulsa, OK  74103
(918) 585-9211; Fax: (918) 583-5617
**johnp@rfrlaw.com**
**lalbers@rfrlaw.com**
**mmedders@rfrlaw.com**

*Attorneys for the School District Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of August 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

    /s/Daniel E. Smolen